# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  Criss Lorenzo Flowers
       1368 Smith Road
       Columbus, OH  43207-1577

Case No: 20-54879

Chapter 13

Judge: C KATHRYN PRESTON

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on October 26, 2020.
The plan was confirmed on December 22, 2020.
The Case was concluded on October 25, 2023.

    A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL AFTER CONFIRMATION.  THE SUBJECT CASE HAS BEEN DISMISSED.

    RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     32,525.00

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Advance America 00005    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| AMERICAN ELECTRIC POWER 00006    Unsecured | 5.81 | 0.00 | 0.00 | 5.81 |
| AMERICAN ELECTRIC POWER 00047    Administrative Priority | 167.00 | 167.00 | 0.00 | 0.00 |
| American Tax Funding 00001    Secured | 32,724.71 | 7,671.61 | 11,594.68 | 25,053.10 |
| Applied Bank 00007    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Aspire Visa 00008    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| AT&T 00009    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC 00015    Unsecured | 12.71 | 0.00 | 0.00 | 12.71 |
| ATTORNEY GENERAL STATE OF OHIO 00044    Unsecured | 0.28 | 0.00 | 0.00 | 0.28 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ATTORNEY GENERAL STATE OF OHIO 00043 Priority (new) | 172.26 | 0.00 | 0.00 | 172.26 |
| B First LLC 00010 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| C2C Inc 00011 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CASHNET USA 00013 Unsecured | 10.20 | 0.00 | 0.00 | 10.20 |
| Chase Bank USA NA 00014 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Checkland Westland 00016 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Criss Lorenzo Flowers 00000 Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Drs. Bacon And Hooper, Inc. 00018 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00019 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| First Consumers National Bank 00020 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| First Federal Credit Control 00021 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| FRANKLIN COUNTY TREASURER 00002 Secured | 11,715.54 | 6,478.01 | 0.00 | 5,237.53 |
| Green Line Loans 00022 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Household Financial Services 00023 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC 00024 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Intercoastal Financial 00045 Unsecured | 8.33 | 0.00 | 0.00 | 8.33 |
| INTERNAL REVENUE SERVICE 00046 Unsecured | 1.03 | 0.00 | 0.00 | 1.03 |
| INTERNAL REVENUE SERVICE 00004 Priority (new) | 4,270.03 | 0.00 | 0.00 | 4,270.03 |
| LVNV FUNDING LLC 00017 Unsecured | 9.19 | 0.00 | 0.00 | 9.19 |
| Madison Township 00025 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Midland Funding LLC 00027 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Mid-Ohio Emergency 00026 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| National Auto Acceptance 00028 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| National Check Cashers 00029 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| NCP Finance Ohio, LLC 00030 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| North Star Capital Acquisition LLC 00031 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | <br>INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| Ohio Bell Telephone Company<br>00032     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ortho & Neuro Consultants<br>00033     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC<br>00003     Secured-506 | 100.00 | 100.00 | 1.98 | 0.00 |
| PORTFOLIO RECOVERY ASSOC<br>00012     Unsecured | 4.92 | 0.00 | 0.00 | 4.92 |
| PORTFOLIO RECOVERY ASSOC<br>10003     Unsecured | 176.20 | 0.00 | 0.00 | 176.20 |
| Providian Bank<br>00034     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Salute<br>00035     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| SpringLeaf Financial<br>00036     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Time Warner Cable<br>00037     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Total Card, Inc.<br>00038     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION<br>00039     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Vahid Hagee, DDS<br>00040     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| VBS Amplify Loan<br>00041     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Zocaloans<br>00042     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 44,540.25 | 4,609.29 | 22,866.52 | 0.00 | 0.00 | 72,016.06 |
| PRIN PAID | 14,249.62 | 167.00 | 0.00 | 0.00 | 0.00 | 14,416.62 |
| INT PAID | 11,596.66 | 0.00 | 0.00 | 0.00 | | 11,596.66 |
| | | | | | TOTAL PAID: | 26,013.28 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Mark Albert Herder | 4,058.50 | 4,058.50 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 2,253.24 | 0.00 | 199.98 | 2,453.22 |

Dated: 11/01/2023 _____                                      /s/ Edward A. Bailey

EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH 43082-7045
(614)436-6700

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:  Criss Lorenzo Flowers
        1368 Smith Road
        Columbus, OH  43207-1577

Case No: 20-54879

Chapter 13

Judge: C KATHRYN PRESTON

## CERTIFICATION AND OPPORTUNITY TO OBJECT

/s/ Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  Criss Lorenzo Flowers  Case No: 20-54879
        1368 Smith Road
        Columbus, OH  43207-1577  Chapter 13

        Judge: C KATHRYN PRESTON

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 01, 2023, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Edward A. Bailey
Mark Albert Herder

and on the following by **ordinary U.S. Mail** addressed to:

Criss Lorenzo Flowers
1368 Smith Road
Columbus, OH  43207-1577

**See Creditor Matrix**
**All Creditors and Parties in Interest**

American Tax Funding, LLC
,   000000000

Intercoastal Financial, LLC
c/o Weinstein & Riley, PS
2001 Western Avenue
Suite 400
Seattle, WA  981210000

AEP Ohio
850 Tech Center Dr.
Gahanna, OH  432306605

AEP Ohio
Attn. Bankruptcy Dept.
1 AEP Way
Hurricane, WV  255260000

AEP Ohio
P.O. Box 24401
Canton, OH  447014401

AEP Ohio
PO BOX 371496
Pittsburgh, PA  152507496

AFNI
PO Box 3097
Bloomington, IL  617023097

AT&T
PO Box 769
Arlington, TX  760040000

Advance America
3739 East Broad St.
Columbus, OH  432130000

Advance America
4662 Cemetery Rd.
Hilliard, OH  432060000

Alliance One
1684 Woodlands Drive, Ste 150
Maumee, OH  435370000

Alliance One
4850 E Street Rd, Ste 300
Trevose, PA  190530000

Alliance One
P.O. Box 3101
Southeastern, PA  193980000

Alliance One
PO Box 510987
Livonia, MI  481516987

American General Finance
102 North Scioto Street
Circleville, OH  431130000

American General Finance
1125 North Hamilton Road
Columbus, OH  432303452

American General Finance
3457 Great Western Blvd
Columbus, OH  432040000

American General Financial Services
2189 Stringtown Road &#035;13
Grove City, OH  431230000

American General Financial Services
904 South Hamilton Rd.
Columbus, OH  432130000

American Infosource
PO Box 248848
Oklahoma City, OK  731240000

American Tax Funding, LLC
345 Jupiter Lake Blvd, Suite 300
Jupiter, FL  334580000

Applied Bank
4700 Exchange Court
Boca Raton, FL  334310966

Aspire
P.O. Box 692194
Columbus, GA  319020000

Aspire Visa
8875 Aero Drive, Suite 200
San Diego, CA  921230000

Aspire Visa
P.O. Box 105555
Atlanta, GA  303480000

Aspire Visa Gold
P.O. Box 20351
Columbus, GA  319023051

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Atlantic Credit And Finance Inc
C/Ol Levy And Associates
4645 Executive Drive
Columbus, OH  432200000

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ  076660000

Atlas Acquistions LLC
Rep for Check N Go
294 Union St
Hackensack, NJ  076010000

Attny Connie Hall
Rep For Vahid Hagee
3783 Broadway
Grove City, OH  431230000

B First LLC
P.O. Box 91121
Seattle, WA  981110000

Bank New York
101 Barclay St
New York, NY  102860000

Bank New York
6400 Legacy Drive
Plano, TX  750240000

Beneficial
2128 Stringtown Road
Grove City, OH  431230000

Beneficial
PO Box 10640
Virginia Beach, VA  234500000

Beneficial Finance
P.O. Box 10460
Virginia Beach, VA  234520000

Beneficial Financial Inc.
PO Box 8546
Virginia Beach, VA  234520000

Billing Error Network
P.O. Box 9182
Des Moines, IA  503680000

Bur Mar Enterprises Inc
3894 E Broad St
Columbus, OH  432130000

C2C Inc
PO Box 12148
,   000000000

Capital Management Services LP
Rep. For LVNV Funding LLC
726 Exchange St, Ste 700
Buffalo, NY  142100000

Capital Management Services, LP
Rep For HSBC
726 Exchange Street, Suite 700
Buffalo, NY  142100000

Capital One
PO Box 30253
Salt Lake City, UT  841300000

Capital One
PO Box 85520
Richmond, VA  232850000

Capital One Bank
15000 Capital One Drive
Richmond, VA  232380000

Capital One Bank
PO Box 98875
Las Vegas, NV  891930000

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago, IL  606040000

Cashnet USA
200 W. Jackson Blvd.
Chicago, IL  606060000

Castlepayday.Com
PO Box 704
Watersmeet, MI  499690000

Chapter Holdings, FBO
Rep for Bahind Hagee, DDS
200 N Washington St
Tullahoma, TN  373880000

Chase Bank
PO Box 15153
Wilmington, DE  198865153

Chase Bank USA NA
201 N Walnut St
Wilmington, DE  198010000

Check N Go
1947 E. Dublin Granville Rd.
Columbus, OH  432290000

Check N Go
7755 Montgomery Road, Suite 400
Cincinnati, OH  452360000

Check N Go
PO Box 36381
Cincinnati, OH  452360000

Checkland Westland
P.O. Box 20149
Columbus, OH  432200000

Choice Recovery Inc.
Rep For Time Warner Cable
1550 Old Henderson Road
Columbus, OH  432200000

Citcomm
PO Box 1022
Wixom, MI  483931022

Credit One Bank
3820 North Louise Ave
Sioux Falls, SD  571070000

Credit One Bank
P O Box 98873
Las Vegas, NV  891938673

Credit One Bank
PO Box 60500
City Of Industry, CA  917160500

Cross Country
P.O. Box 10007
Huntington, WV  257700000

Cross Country Bank
P.O. Box 17125
Wilmington, DE  198500000

Cross Country Bank
P.O. Box 610730
Boca Raton, FL  334310000

Cwalinski & Paris
Rep For American Tax Funding, LLC
409 East Ave., Suite B
Elyria, OH  440350000

Direct Loan SVC System
PO Box 5609
Greenville, TX  754030000

Direct Loans
PO Box 7202
Utica, NY  135047202

Drs. Bacon And Hooper, Inc.
6200 Cleveland Avenue, Suite 104
Columbus, OH  432310000

ECast Settlement Corporation
PO Box 35480
Newark, NJ  071935480

FFCC Columbus
Rep. For Drs. Bacon And Hooper, Inc.
PO Box 20790
Columbus, OH  432200000

FFCC- Columbus
1550 Old Henderson Rd.
Columbus, OH  432200000

FFCC- Columbus
Rep For Drs. Bacon And Hooper, Inc.
1550 Old Henderson Rd.
Columbus, OH  432200000

FFCC- Columbus
Rep For First Federal Credit Control
1550 Old Henderson Rd.
Columbus, OH  432200000

Fed Loan Servicing
PO Box 60610
Harrisburg, PA  171060610

Federal Builders
3188 E. Livingston Ave
Columbus, OH  432270000

First Bank Of Delaware
1000 Rock Run Parkway
Wilmington, DE  198030000

First Consumers National Bank
P.O. Box 5280
Portland, OR  972080000

First Consumers National Bank
P.O. Box 922788
Norcross, GA  300100000

First Federal Credit Control
1550 Old Henderson Road, Ste 100
Columbus, OH  432200000

First National Bank
500 E. 60th St. N
Sioux Falls, SD  571040478

First National Bank Of Omah
PO Box 2557
Omaha, NE  681030000

First National Bank Of Omaha
1620 Dodge Street
Omaha, NE  681970000

First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV  894340000

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD  571070145

First Premier Bank
601 S Minnesota Avenue
Sioux Falls, SD  571040000

First Premier Bank
P.O. Box 5147
Sioux Falls, SD  571170000

First Premier Bank
PO Box 5519
Sioux Falls, SD  571175519

Franklin County Treasurer
373 South High Street - 17th Floor
Columbus, OH  432150000

Franklin County Treasurer
P.O.Box 742538
Cincinnati, OH  452742538

GE Capital
PO Box 105968
Atlanta, GA  303530000

GE Capital
PO Box 965005
Orlando, FL  328960000

GE Capital AFS
75 Remittance Drive, Suite 3061
Chicago, IL  606750000

Ge Capital Consumer Card Co
332 Minnesota St, Ste 610
St Paul, MN  551010000

Great Lakes  Educational Loan Services
2401 International POB 7859
Madison, WI  537043192

Great Lakes  Educational Loan Services
P.O. Box 530229
Atlanta, GA  303530229

Green Line Loans
PO Box 507
Hays, MT  595270000

HSBC
700 N. Wood Dale Rd.
Wood Dale, IL  601910000

HSBC
Attn: Dispute Processing
12447 SW 69th Ave.
Tigard, OR  972238517

HSBC
PO Box 7680
Carol Stream, IL  601167680

HSBC Bank
PO Box 5253
Carol Stream, IL  601970000

Household Finance Beneficial Inc.
PO Box 3425
Buffalo, NY  142400000

Household Finance Co.
1421 Kristina Way
Chesapeake, VA  233208917

Household Financial Services
1301 East Tower Road
Schaumburg, IL  601730000

Huntington National Bank
2361 Morse Road
Columbus, OH  432290000

Huntington National Bank
7 Easton Oval
Columbus, OH  432190000

Huntington National Bank
P. O. Box 1558, Dept Ea4w25
Columbus, OH  432160000

Intercoastal Financial, LLC
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA  981210000

Internal Revenue Service
Insolvency Dept
550 Main Street, Room 3225
Cincinnati, OH  452010000

Internal Revenue Service
P.O. Box 219236
Kansas City, MO  641219236

Internal Revenue Service
PO Box 7346
Philadelphia, PA  191010000

Internal Revenue Service
PO Box 802501
Cincinnati, OH  452800000

Internal Revenue Service
SB/SE, Insolvency Room 1150
31 Hopkins Plaza
Baltimore, MD  212012852

Island National Group, LLC
PO Box 18009
Hauppauge, NY  117888809

JP Morgan Chase
1111 Polaris Parkway
Columbus, OH  432400000

Javitch Block & Rathbone LLC
Attorneys For Northstar Acquistions
1100 Superior Ave., 19th Floor
Cleveland, OH  441142518

Javitch Block & Rathbone LLC
Rep For Northstar Capita Acquistions
140 E Town Street, Ste 1250
Columbus, OH  432150000

Keith D. Weiner & Assoc. Co., LPA
Rep For American Tax Funding, LLC
75 Public Square, 4th Floor
Cleveland, OH  441130000

Kevin O'Brien
Rep For Bur Mar Enterprises Inc
995 S High St
Columbus, OH  432060000

Kevin O'Brien
Rep. For Various Creditors
995 S High St
Columbus, OH  432060000

LHR Inc
Rep For Capital One
56 Main Street
Hamburg, NY  140750000

LVNV Funding
15 South Main Street, Suite 700
Greenville, SC  296010000

LVNV Funding
Rep. For Providian Financial Corp.
15 South Main Street, Suite 700
Greenville, SC  296010000

LVNV Funding
Rep. For Providian Financial Corp.
P.O. Box 10497
Greenville, SC  296030000

LVNV Funding
Rep. For Providian Financial Corp.
POB 740281
Houston, TX  772740000

LVNV Funding LLC
Rep for Credit One Bank
15 South Main Street, Suite 700
Greenville, SC  296010000

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Luebke Baker & Associates
P.O. Box 9398
Peoria, IL  616120000

MRS Associates
Rep For Chase Bank
1940 Olney Avenue
Cherry Hill, NJ  080030000

Madison Township
PO Box 638559
Cincinnati, OH  452638559

Madison Township Fire
PO Box 3475
Toledo, OH  436070475

Mary E. Johnson
Rep For Franklin County Treasurer
373 S. High Street, 17th Floor
Columbus, OH  432150000

Mid-Ohio Emergency
3535 Olentangy River Rd.
Columbus, OH  432140000

Mid-Ohio Emergency Services Inc
3535 Olentangy River Rd.
Columbus, OH  432140000

Midland Credit Management
8875 Aero Dr, Ste 200
San Diego, CA  921230000

Midland Credit Management
Rep For Salute Visa Gold
PO Box 60578
Los Angeles, CA  900600578

Midland Funding LLC
8875 Aero Drive
San Diego, CA  921230000

Money Store
355 E. Campusview Blvd
Columbus, OH  432350000

NCP Finance Ohio, LLC
205 Sugar Camp Circle
Dayton, OH  454091970

NCP Finance Ohio, LLC
4757 West Broad Street
Columbus, OH  432280000

National Auto Acceptance
P.O. Box 28008
Columbus, OH  432280000

National Auto Acceptance Corp.
888 Parsons Avenue
Columbus, OH  432060000

National Check Cashers
2440 E. Dublin Granville
Columbus, OH  432290000

National Check Cashers
P.O. Box 4057
Dublin, OH  430160000

National Credit Adjusters LLC
Rep for NCP Finance Ohio, LLC
PO Box 3023
Hutchinson, KS  675043023

Navient
300 Continental Drive
Newark, DE  197130000

Navient
PO Box 9533
Wilkes-Barre, PA  187730000

Nelnet Loan Services
3015 South Parker Road Suite 425
Aurora, CO  800140000

Nelnet Loan Services
Po Box 2877
Omaha, NE  681032877

Neurological Associates
931 Chatham Lane
Columbus, OH  432210000

North Star Capital Acquisition LLC
220 John Glenn Drive, Ste 1
Amherst, NY  142280000

Northland Group, Inc.
PO Box 390846
Minneapolis, MN  554390000

Ohio Bell Telephone Company
45 Erieview Plaza
Cleveland, OH  441440000

Ohio Department Of Taxation
30 East Broad Street, 20th Floor
Columbus, OH  432150000

Ohio Department Of Taxation
Attn. Bankruptcy Department
P.O. Box 530
Columbus, OH  432160530

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Ohio Department of Taxation
Compliance Division
P.O. Box 182402
Columbus, OH  432182402

Ortho & Neuro Consultants
70 S. Cleveland Ave.
Westerville, OH  430811397

Ortho Neuro
1313 Olentangy River Rd
Columbus, OH  432120000

PHEAA
PO Box 60610
Harrisburg, PA  171060000

Portfolio Recovery Assoc., LLC
Rep For Capital One Bank
PO Box 12914
Norfolk, VA  235410000

Portfolio Recovery Associates, LLC
Assignee of Triad Financial Corp of Cali
120 Corporate Blvd, Ste 100
Norfolk, VA  235024962

Portfolio Recovery Associates, LLC
Assignee of Triad Financial Corp of Cali
120 Corporate Blvd.
Norfolk, VA  235020000

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA  235410000

Providian Bank
PO Box 660026
Dallas, TX  752660000

Providian Financial Services
435 Executive Ct North
Fairfield, CA  945330000

Providian National Bank
4900 Johnson Drive
Pleasanton, CA  945880000

Providian National Bank
P.O. Box 660026
Dallas, TX  752660000

Providian National Bank
P.O. Box 9053
Pleasanton, CA  945660000

Quantum3 Group LLC
Rep For Galaxy International
PO Box 788
Kirkland, WA  980830000

RJM Acquisitions LLC
Rep For HSBC
575 Underhill Blvd, Ste 224
Syosset, NY  117910000

Resurgent Capital Services
PO Box 10587
Greenville, SC  324620000

Resurgent Capital Services
Rep for Credit One Bank
PO Box 10587
Greenville, SC  324620000

Retail Recovery Service Of NJ, Inc.
Rep For HSBC
190 Moore Street, Suite 201
Hackensack, NJ  076010000

Sallie Mae
P. O. Box 9500
Wilkes Barre, PA  187730000

Sallie Mae
PO Box 9635
Wilkes-Barre, PA  187730000

Salute
P.O. Box 105555
Atlanta, GA  303485555

Salute
Payment Processing
P.O. Box 11802
Newark, NJ  071018102

Salute Visa Gold
P. O. Box 790183
St Louis, MO  631790000

Santander Consumer USA
PO Box 25120
Lehigh Valley, PA  180020000

Santander Consumer USA
PO Box 961245
Fort Worth, TX  761610244

Santander Consumer USA
PO Box 961245
Ft Worth, TX  761610000

SpringLeaf Financial
904 S. Hamilton Rd.
Columbus, OH  432133003

Springleaf
3457 Grat Western Blvd B
Columbus, OH  432040000

Springleaf Financial Services
1013 East State Street
Athens, OH  457010000

Springleaf Financial Services Of Ohio
600 North Royal Avenue
Evansville, IN  477150000

State Of Ohio Department Of Taxation
4485 Northland Ridge Blvd
Columbus, OH  432290000

State Of Ohio Department Of Taxation
750 Cross Pointe Road
Columbus, OH  432300000

Sunrise Credit Services, Inc.
260 Airport Plaza
Farmingdale, NY  117353946

The Ohio Bell Telephone Company
C/O James Grudus Esq AT&T Services
150 E Gay St &#035; 4
Columbus, OH  432150000

Tiburon Financial LLC
212 South 108th Avenue
Omaha, NE  681540000

Time Warner Cable
1015 Olentangy River Road
Columbus, OH  432123148

Time Warner Cable
PO Box 1060
Carol Stream, IL  601320901

Total Card, Inc.
5109 South Broadband Lane
Sioux Falls, SD  571080000

Triad Financial
13901 Sutton Park Dr S, Suite 300
Jacksonville, FL  322240000

Triad Financial
PO Box 3299
Huntington Beach, CA  926050000

US Department Of Education
PO Box 530260
Atlanta, GA  303530260

US Department Of Education
PO Box 5609
Greenville, TX  754030000

US Department Of Education
PO Box 7202
Utica, NY  135047202

US Department Of Education
PO Box 77860
Madison, WI  537077860

United States Attorney General
303 Marconi Blvd., 2nd Floor
Columbus, OH  432150000

United States Attorney General
950 Pennsylvania Avenue NW
Washington, DC  205300000

VBS Amplify Loan
8164 Las Vegas Blvd S &#035;766
Las Vegas, NV  891230000

Vahid Hagee, DDS
1669 Lockbourne Rd.
Columbus, OH  432070000

Washington Mutual
P.O. Box 15324
Wilmington, DE  198500000

Washington Mutual Bank
PO Box 99604
Arlington, TX  760969604

Washington Mutual Card Services
P.O. Box 660487
Dallas, TX  752660000

Washington Mutual Payment Processing
P.O. Box 660548
Dallas, TX  752660000

Wells Fargo
1 Home Campus
Des Moines, IA  503280000

Wells Fargo
302 E. 58th St. N.
Sioux Falls, SD  571040000

Wells Fargo Financial
4113 121st St
Urbandale, IA  503230000

Wells Fargo Financial
4137 121st Street
Urbandale, IA  503230000

Wells Fargo Financial
P.O. Box 98784
Las Vegas, NV  891930000

Weltman Weinberg And Reis
Rep For Midland Funding, LLC
175 S 3rd, Ste 900
Columbus, OH  432150000

Weltman Weinberg And Reis
Rep For Midland Funding, LLC
965 Keynote Circle
Brooklyn Heights, OH  441310000

Zocaloans
PO Box 1147
27565 Research Park Drive
Mission, SD  575550000

Criss Lorenzo Flowers
1368 Smith Road
Columbus, OH  432071577

Edward A. Bailey
Edward A. Bailey - Chapter 13 Trustee
550 Polaris Parkway
Ste 500
Westerville, OH  430820000

Mark Albert Herder
1031 East Broad Street
Columbus, OH  432050000